IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA, )
)
      Plaintiff, )
)
v. )     Case No. 07-00117-01-CR-W-HFS
)
JEFFREY DEWAIN DUEKER, )
)
      Defendant. )

**ORDER**

The report and recommendation finding defendant competent (Doc. 25) having been duly

considered, is hereby GRANTED.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

May 7, 2008

Kansas City, Missouri